IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ETHEL LOU WEST | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | Case No. 6:16-cv-093-RWS-KNM |
| SOCIAL SECURITY ADMINISTRATION, et al | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation regarding Plaintiff's failure to prosecute or to obey an order of the Court, has been presented for consideration. The Report and Recommendation (Doc. No. 8), filed on June 9, 2016, recommends that Plaintiff's claims against Defendants be dismissed without prejudice for failure to prosecute or obey an order of the Court. Fed. R. Civ. P. 41(b). Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court.

SIGNED this 27th day of September, 2016.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE